Knox Ezekiel C. #2295138
Name and Prisoner/Booking Number

Kern County Lerdo Facility
Place of Confinement

17801 Industrial Farm Road
Mailing Address

Bakersfield, CA. 93308
City, State, Zip Code

FILED
JAN 24 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Knox Ezekiel Carey
(Full Name of Plaintiff)
    Plaintiff,

v.

(1) Kern County Superior Court of California
(Full Name of Defendant)
(2) Judge Micheal Bush
(3) _____
(4) _____
            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22CV00099AWI-SAB
(To be supplied by the Clerk)

"JURY TRIAL DEMANDED"

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: Kern County Lerdo Facility / Bakersfield CA.

Revised 3/15/2016

1

RECEIVED
JAN 24 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## B. DEFENDANTS

1. Name of first Defendant: **Micheal Bush**. The first Defendant is employed as: **Judge** at **KERN County Superior Court office**
   (Position and Title)                          (Institution)

2. Name of second Defendant: **Superior Court of California**. The second Defendant is employed as: **Government** at **Court office**
   (Position and Title)                          (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____
   (Position and Title)                          (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title)                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _2nd Amendment Right._

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have been unlawfully detained in the KERN County Jail Facillity for the past 6 to 8 Months to answer to a Case that would violate my 2nd Amendment unalienable Right under the Amendments to the United States. On date of 5-4-2021 and 11-2-2019.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Two requested for dismissal of the Charges to Case # BF178907A And have demand for my immediate release, which was denied, resulting in loss of life, liberty, and property. Also false imprisonment. My truck was impounded.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I have not been provided any information after month's of requesting for administrative relief and other information_.

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: My 14 Amendment Constitutional Right.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have been held in jail to answer too a charge brought up against me by the Superior Court of California in the County of Kern, to be tried before a jury of 12 from the public for possession of a firearm, P.C. 29800 (A)(1), Carrying a Concealed Firearm, P.C. 25400 (A)(2), and Possession of Ammunition, P.C. 30305 (A)(1). When in fact we as the people of the United States of America had Declared Freedom from England and provided a list of grievances against the King of Britian on July 2 1776, and on July 4 1776 the Declaration of Independence was adopted, for one of these same reasons. It is one of our unalienable Rights as the People of the United States to keep and bear arms for our saftey and happiness under the bill of rights, that was ratified on December 15 1791 by Virginia's legislature. With that being said the Judge/Judges have not gave me the equal protection of the Laws, by requesting that I be further held in custody to be brought before a jury to answer to the charges that have been allegedly stated.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Do to my incarceration I have experienced mental pain and suffering. I also missed out on my child Eric Boone - Knox, birth, which also has been stressfarousing. I have been deprived of life, liberty, property and proper dental care.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim II?    ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level?    ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. After months of requesting for various amounts of information and administrative relief I have not been provided any information.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: __6th Amendment Right.__

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have requested to be brought before a Jury of 12 to excercise my 6th Amendment Right to a Speedy trial. Judge Micheal L Bush failed to be attentive to my request. I have not been able to confront any witnesses against me. I have not been given the opportunity to excercise the right of a speedy and public trial. Also was I provided adequate assistance of Counsel for my defense. It was not no bail and a bail was revoked even after I had supplied the court's with probable cause. When I didn't show at court on 4/6/15 I was still left in the custody of the jailers of Kern County Jail which resulted in lose of all of the income that I have been earning on my Suit for the pass 2 years and chief. 5,000+.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have not been able take care of my women children, and property including my vehicles and other personal item's. also loss of work. False imprisonment and deprived of my rights. loss of Money the bail.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __I was not provided th. requested information.__

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I, Ezekiel Carey Knox, am negotiation to the United States of America's Native administration of Law and Superiority, also desiring Reservation's complete Sovereignty, and proper Reservations; and I/we are importuning the ties of my/our common nature to reap into these usurpation's that would invade our connection's correspondence, and creativity in the United States of America. #7 2,000,000.00 for the loss of my property, pain and suffering, the amount of money I paid for bail and for the time I've been incarcerated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/01/2021
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6