UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIEL CAREY KNOX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY SUPERIOR COURT OF CALIFORNIA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00099-AWI-BAK (BAM)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 7)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY LERDO PRE-TRIAL FACILITY |

　　　　Plaintiff Ezekiel Carey Knox, ("Plaintiff") is a state prisoner proceeding *pro se* in the instant action against the Kern County Superior Court of California and Judge Michael Bush. (Doc. 1.) On January 24, 2022, Plaintiff field a motion to proceed in forma pauperis. (Doc. 2.) On January 26, 2022, the Court ordered Plaintiff file an application to proceed in District Court without prepayment of fees or costs (Long Form) because Plaintiff's original application was not properly completed and did not have a certified copy of his trust account attached. (Doc. 3.) Currently before the Court is Plaintiff's Long Form motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 4.)

　　　　Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's

1

trust account. The Lerdo Pre-Trial Facility is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. **The Director of the Lerdo Pre-Trial Facility or his/her designee shall collect payments from Plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the Lerdo Pre-Trial Facitity via the Court's electronic case filing system (CM/ECF);

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California; and

5. Plaintiff's complaint will be screened in due course pursuant to 28 U.S.C. § 1915(e)(2).

IT IS SO ORDERED.

Dated:  **April 19, 2022**          /s/ Barbara A. McAuliffe          
UNITED STATES MAGISTRATE JUDGE