UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIEL CAREY KNOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>　　　　Defendants. | Case No.  1:22-cv-00099-AWI-BAK (BAM)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION**<br><br>(Doc. No. 11) |

Plaintiff Ezekiel Carey Knox ("Plaintiff") is a pre-trial detainee proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.

On May 3, 2022, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed with prejudice on grounds of abstention and because the complaint seeks monetary relief from defendants immune from such relief.   (Doc. No. 11.) Those findings and recommendations were served on Plaintiff and contained notice that objections thereto were to be filed within fourteen (14) days. (Id.) The time in which to file objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on May 3, 2022 (Doc. No. 11) are adopted in full;

2. This action is dismissed with prejudice based on abstention and because the complaint seeks monetary relief from defendants immune from such relief; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 15, 2022                                 _____
                                                         SENIOR DISTRICT JUDGE