# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**EZEKIEL CAREY KNOX,**

　　　　　　　　　v.

**KERN COUNTY SUPERIOR COURT OF CALIFORNIA, ET AL.,**

JUDGMENT IN A CIVIL CASE

CASE NO: **1:22–CV–00099–AWI–BAK**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 07/18/2022**

　　　　　　　　　　　　　　　　　**Keith Holland**
　　　　　　　　　　　　　　　　　Clerk of Court

ENTERED:  **July 18, 2022**

　　　　　　　　　　by: /s/ S. Martin–Gill
　　　　　　　　　　　　　　Deputy Clerk